O'CONNOR, J., concurs in the foregoing dissenting opinion.

---

William D. Mason, Cuyahoga County Prosecuting Attorney, and Matthew Meyer, Assistant Prosecuting Attorney, for appellant.

Robert L. Tobik, Cuyahoga County Public Defender, and John T. Martin, Assistant Public Defender, for appellee.

HIXSON, APPELLANT, *v.* CALLENTINE ET AL.; WESTPORT INSURANCE COMPANY, APPELLEE.

[Cite as *Hixson v. Callentine,* 107 Ohio St.3d 1208, 2005-Ohio-6508.]

(No. 2005–0290—Submitted October 12, 2005—Decided December 28, 2005.)

{¶ 1} The certification of conflict is dismissed, sua sponte, as having been improvidently certified; there is a want of a conflict.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

---

Steven G. Thomakos, L.L.C., and Steven G. Thomakos, for appellant.

Ulmer & Berne, L.L.P., David L. Lester, and David L. Eidelberg; Schindel, Farman & Lipsius, L.L.P., and Laurence J. Rabinovich, for appellee.

Davis & Young and Richard M. Garner, urging affirmance for amicus curiae, Avis Rent A Car System, Inc.